IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD HENDERSON, )
    Plaintiff, )
     )
v. ) Civil Action No. 08-1171
     )
ST. PAUL HOMES, )
    Defendant. )

ORDER OF COURT

AND NOW this 29th day of September, 2008, before the court is plaintiff's Motion to Stay Proceedings [document #10], which seeks to stay the instant case pending the resolution of administrative proceedings currently before both the Equal Employment Opportunity Commission and the Pennsylvania Human Relations Commission. Upon consideration of plaintiff's argument, we will refrain from ruling on the outstanding motion, and in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record